UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDDIE JONES,

        Petitioner,

v.                              Case No. 3:05-cv-206-J-12MMH

JAMES CROSBY, etc.; et al.,

        Respondents.
_____

## ORDER

    1.   Petitioner's "Motion for Order Granting Relief on Issue (1) One of the Habeas Petition in the Above-Styled Cause ... Whereas, the Respondent Has <u>Failed</u> to Address, Rebuttal, Oppose, and/or Show Cause Why the Petitioner Should Not Be Granted Relief on Issue (1) One of the Habeas Petition in the Above-Styled Cause" (Doc. #26) is **DENIED**. This Court will address the claims raised in Petitioner's Petition <u>after</u> Petitioner has filed his Amended Reply. <u>See</u> paragraph 2.

2. Petitioner's "Notice to 'Amend' the Reply to the Respondents' Answer in Response to Show Cause Order with Additional Facts to Support Issuance of a 'Writ' Immediately" (Doc. #25) (hereinafter Notice to Amend) is **GRANTED** only to the extent that Petitioner, within **THIRTY (30) DAYS** from the date of this Order, shall file an Amended Reply that includes his arguments in his Reply to the Respondents' Answer in Response to Show Cause Order (Doc. #21) and his Notice to Amend (Doc. #25). The Amended Reply shall not exceed twenty pages. See Local Rule 3.01(c).[1] Finally, if Petitioner submits exhibits in support of his Amended Reply, he must include a table of contents or index to aid the Court in locating each attached exhibit, which must be individually marked for identification.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of December, 2005.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sc 12/15
c:
Eddie Jones
Ass't Attorney General (Pate)

---

[1] The parties must comply with Local Rule 3.01(c), Rules of the United States District Court for the Middle District of Florida, which states "[a]bsent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length."